IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POLY-AMERICA, L.P., | § |
| | § |
| Plaintiff and Counter-Defendant, | § |
| | § |
| v. | §   CIVIL ACTION NO. 1:21-cv-08195-AJN |
| | § |
| API INDUSTRIES, INC., | § |
| | § |
| Defendant and Counter-Plaintiff. | § |

## PLAINTIFF AND COUNTER-DEFENDANT'S NOTICE OF MOTION TO DISMISS

Plaintiff and Counter-Defendant Poly-America, L.P. ("Poly-America") hereby provides Notice that, pursuant to its contemporaneously filed Memorandum of Law, it moves the Court pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) for an order:

A. Dismissing Defendant API Industries, Inc.'s ("API") Counterclaim [Dkt #32] for lack of subject matter jurisdiction; or

B. In the alternative, dismissing API's Counterclaim for failure to state a claim upon which relief can be granted.

Dated: March 28, 2022                    Respectfully submitted,

**CHAMPION LLP**

*/s/ Austin Champion*
Austin Champion
Texas Bar No. 24065030
Admitted *Pro Hac Vice*
Austin.Champion@championllp.com
----
2200 Ross Avenue
Suite 4500W
Dallas, Texas 75201
214-225-8880 | Main
214-225-8881 | Fax

**COUNSEL FOR POLY-AMERICA, L.P.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service were served with a copy of this document through this Court's CM/ECF system and pursuant to the local rules on March 28, 2022.

*/s/ Austin Champion*
Austin Champion