UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POLY-AMERICA, L.P.,<br><br>      Plaintiff,<br><br>v.<br><br>API INDUSTRIES, INC.,<br><br>      Defendant. | CIVIL ACTION<br><br>Case No.: 1:21-cv-08195-JSR-BCM |
| API INDUSTRIES, INC.,<br><br>      Counterclaim-Plaintiff,<br><br>v.<br><br>POLY-AMERICA, L.P.,<br><br>      Counterclaim-Defendant. | **NOTICE OF MOTION FOR ATTORNEY'S FEE** |

  PLEASE TAKE NOTICE that, in accordance with 15 U.S.C. § 1117(a) and Rule 54(d)(2) of the Federal Rules of Civil Procedure, and upon the accompanying Memorandum of Law, and Declarations of Efrem Schwalb, Esq. and Tal S. Benschar, Esq., and upon all pleadings previously filed with the Court, Defendant Counterclaim Plaintiff API Industries, Inc. ("API") will petition this Court, located at Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007 on a date to be determined by the Court, for an order granting it attorney's fees in amount to be set forth in supporting papers.

  In accordance with the schedule ordered by the Court, opposition papers are due by August 2, 2022; and reply papers are due by August 9, 2022.

|  | KOFFSKY SCHWALB LLC |
|---|---|
| Dated: July 19, 2022<br>New York, New York | By: _____<br>Efrem Schwalb<br>Tal S. Benschar<br>500 Seventh Avenue, 8th Floor<br>New York, New York 10018<br>Tel.: 646-553-1590<br>Fax.: 646-553-1591<br>*eschwalb@koffskyschwalb.com*<br>*tbenschar@koffskyschwalb.com* |

2